Kirsten A. Milton, IL Bar #6286124
*Admitted Pro Hac Vice*
kirsten.milton@jacksonlewis.com
**JACKSON LEWIS P.C.**
150 N. Michigan Avenue, Ste 2500
Chicago, Illinois 60601
Tel: (312) 787-4949
Fax: (312) 787-4995

Joshua A. Sliker, NV Bar #12493
joshua.sliker@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Ste 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant
Scottsdale Culinary Institute, Ltd.,
d/b/a Le Cordon Bleu College of Culinary Arts*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA COHEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTSDALE CULINARY INSTITUTE LTD., a foreign corporation d/b/a CAREER EDUCATION CORPORATION a/d/b/a LE CORDON BLEU DOES 1 through 10 inclusive; ROES CORPORATIONS ENTITIES 1 through 10 inclusive;<br><br>Defendants. | Case No. 2:16-cv-01337-MMD-VCF<br><br>**STIPULATION & ORDER TO DISMISS CASE WITH PREJUDICE** |

///

///

///

///

///

JACKSON LEWIS P.C.
LAS VEGAS

1  IT IS HEREBY STIPULATED and AGREED, by and between Plaintiff, CYNTHIA COHEN, and Defendant, SCOTTSDALE CULINARY INSTITUTE, LTD., d/b/a LE CORDON BLEU COLLEGE OF CULINARY ARTS (incorrectly identified as "Scottsdale Culinary Institute Ltd., d/b/a Career Education Corporation a/d/b/a Le Cordon Bleu"), through their respective attorneys of record, that all of Plaintiff's claims against Defendant in the above-entitled matter shall be dismissed, with prejudice, each party to bear its own costs and fees.

DATED this 4th day of October, 2016.            DATED this 4th day of October, 2016.

THE THATER LAW GROUP, P.C.                      JACKSON LEWIS, P.C.


By: /s/ Lani Esteban-Trinidad                   By: /s/ Joshua A. Sliker
M. Lani Esteban-Trinidad                        Kirsten A. Milton, IL Bar #6286124
Nevada Bar No. 6967                             *Admitted Pro Hac Vice*
6390 W. Cheyenne Ave., Suite A                  150 N. Michigan Avenue, Suite 2500
Las Vegas, Nevada 89108                         Chicago, Illinois 60601
*Attorneys for Plaintiff*

                                                Joshua A. Sliker, NV Bar #12493
                                                3800 Howard Hughes Parkway, Suite 600
                                                Las Vegas, Nevada 89169

                                                *Attorneys for Defendant*
                                                *Scottsdale Culinary Institute, Ltd., d/b/a*
                                                *Le Cordon Bleu College of Culinary Arts*

///
///
///
///
///
///
///
///
///

## ORDER

Based upon the foregoing stipulation by Plaintiff and Defendants and good cause appearing therefore, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the above-entitled action be, and the same hereby is, dismissed with prejudice, each party to bear its own attorney's fees and costs.

DATED this 5th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted,*

JACKSON LEWIS, P.C.

/s/ Joshua A. Sliker
Kirsten A. Milton, IL Bar #6286124
*Admitted Pro Hac Vice*
150 N. Michigan Avenue, Suite 2500
Chicago, Illinois 60601

Joshua A. Sliker, NV Bar #12493
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendant*
*Scottsdale Culinary Institute, Ltd., d/b/a*
*Le Cordon Bleu College of Culinary Arts*

4819-5319-9930, v. 1